# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
ghp@parkerhanski.com

April 2, 2024

<u>Via ECF</u>
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York

**Re:**   *Annalisa Rivera-Franz v. David 441 LLC, 441 East 12 Ricatto LLC and Boris &
Horton East Village LLC*

**<u>Docket No. 1:24-cv-00836 (JLR)(JW)</u>**

Dear Judge Rochon:

We represent the plaintiff in the above-entitled action.  Pursuant to Your Honor's Order
of April 2, 2024, we write to respectfully ask the Court to extend the deadline for the parties to
file a joint status report from April 5, 2024 to May 10, 2024.  The reason for this request is
because the tenant defendant Boris & Horton East Village LLC has not yet appeared.  Counsel for
the appearing landlord defendants David 441 LLC and 441 East 12 Ricatto LLC advises that
the tenant defendant is aware of the litigation and should be retaining counsel.  Accordingly, we
respectfully ask for the additional time to obtain the appearance of the tenant defendant in this
action.  Counsel for the landlord defendants supports and consents to this application.  This is the
first application to extend this deadline.  Thank you for your time and attention to this matter.
With kindest regards, I am

very truly yours,

/s/

Glen H. Parker, Esq.

The request is GRANTED.  The parties shall file a joint
status letter by **May 10, 2024.**

**SO ORDERED.**

Dated: April 3, 2024
       New York, New York

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**