# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

October 23, 2024

<u>Via ECF</u>
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York

**Re:** *Annalisa Rivera-Franz v. David 441 LLC, 441 East 12 Ricatto LLC and Boris & Horton East Village LLC*

**Docket No. 1:24-cv-00836 (JLR)(JW)**

Dear Judge Rochon:

We represent the plaintiff in the above-entitled action. On behalf of all parties, we write to respectfully ask the Court to extend the deadline to reopen this action from October 25, 2024 to December 6, 2024. The reason for this request is because defense counsel had a medical issue that significantly delayed the parties ability to draft and finalize a settlement agreement. The parties hope that they will be able to execute the settlement agreement and fulfill the condition precedent for filing a stipulation of dismissal by December 6, 2024. This is the first application to extend the deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

An extension of the time to file an application to reopen this action is GRANTED. The parties shall have until December 6, 2024 to reopen the action.

DATED: October 24, 2024
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**